Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　　　　　v.<br>DON BREAZEALE & ASSOCIATES, INC., DONALD L. and IRENA B. BREAZEALE,<br><br>　　　　　　　　　Defendants. | NO: C11-00050-JLR<br><br>STIPULATION FOR ENTRY OF A CONSENT JUDGMENT |

　　　　WHEREAS the Defendants hereby acknowledge receipt of the Complaint filed herein; and

　　　　WHEREAS the parties have concluded a final settlement of this matter, which contemplates that Plaintiff, United States of America, have and receive of Defendants a judgment in the amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000), which amount includes principal and interest;

　　　　NOW THEREFORE, the parties do hereby stipulate and agree to the entry of a Judgement in this matter, in the form herewith provided.

STIPULATION FOR ENTRY OF CONSENT JUDGMENT - 1
(NO: C11-00050-JLR )

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  SO STIPULATED:

2       Dated this 7th day of March, 2011.

3  For Plaintiff:                                    For Defendants:

4  JENNY A. DURKAN                                   s/ *Jerome Shulkin*
   United States Attorney                            JEROME SHULKIN, WSBA #2198
5                                                    Shulkin Hutton Inc., P.S.
   */s/ Harold Malkin*                               7525 SE 24th Street
6  HAROLD MALKIN, WSBA #30986                        Suite 330
   DAVID R. EAST, WSBA #31481                        Mercer Island, WA 98040
7  Assistant United States Attorneys                 Phone: 206-623-3515
   United States Attorney's Office                   E-Mail: jshulkin@shulkin.com
8  700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
9  Phone: 206-553-7970
   Fax:   206-553-4073
10 E-mail: david.east@usdoj.gov

11

12

...

28

STIPULATION FOR ENTRY OF CONSENT JUDGMENT - 2
(NO: C11-00050-JLR )