Judge James L. Robart

FILED ___ ENTERED
LODGED ___ RECEIVED
MAR 10 2011
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

11-CV-00050-JGM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO: C11-00050-JLR |
| v. | |
| DON BREAZEALE & ASSOCIATES, INC., DONALD L. and IRENA B. BREAZEALE, | [PROPOSED] JUDGMENT |
| Defendants. | |

The above-entitled action having come on for consideration upon the request and joint motion of the respective parties, hereto, for the entry of judgment in the above-entitled action, and it appearing to the Court that Plaintiff and Defendants have agreed the Plaintiff is entitled to recover judgment against the Defendants, it is therefore,

ORDERED, ADJUDGED, and DECREED by the Court that Plaintiff, United States of America, have and receive of Defendants a judgment in the amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000), which amount includes principal and interest.

//
//
//
//
//

JUDGMENT - 1
(NO:C11-00050-JLR )

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  DATED this 10th day of March, 2011.

2

3

4  _____
   JAMES L. ROBART
   UNITED STATES DISTRICT JUDGE

5  Presented by:

6

7  s/ Harold Malkin
   HAROLD MALKIN, WSBA #30986
8  DAVID R. EAST, WSBA #31481
   Assistant United States Attorneys
9  United States Attorney's Office
   700 Stewart Street, Suite 5220
10 Seattle, Washington 98101-1271
   Phone: 206-553-7970
11 Fax:   206-553-4073
   E-mail: david.east@usdoj.gov
12 Attorneys for Plaintiff

13

   s/ Jerome Shulkin
14 JEROME SHULKIN, WSBA #2198
   Shulkin Hutton Inc., P.S.
15 7525 SE 24th Street
   Suite 330
16 Mercer Island, WA 98040
   Phone: 206-623-3515
17 E-Mail: jshulkin@shulkin.com
   Attorney for Defendants

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT - 2
(NO:C11-00050-JLR )

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970